IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BENJAMIN MUHAMMAD JONES *et al.*　　　　　　　　　　PLAINTIFFS
ADC #89586

V.　　　　　　　　　NO: 4:12CV00100 BRW

MIKE JOLLY *et al.*
　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

The Initial Scheduling Order (Doc. No. 27) filed on July 2, 2012, was filed in error and is vacated. All deadlines in the Initial Scheduling Order are moot. A final scheduling order will be filed after recommendation from the Magistrate.

IT IS SO ORDERED this 27th day of July, 2012.

　　　　　　　　　　　　　　　　　/s/Billy Roy Wilson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE